**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-cv-02389-LKG |
| | ) | |
| HULU, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINE TO
FILE RESPONSES TO PENDING MOTIONS TO DISMISS**

COMES now the Plaintiff, Brett Kimberlin, through undersigned counsel, and respectfully requests that the deadline for Plaintiff to file his Responses to Pending Motions to Dismiss be extended until Thursday, April 2, 2026.  For the reasons explained herein, Plaintiff submits that good cause exists to grant the relief requested in this Motion.

**BACKGROUND AND BASIS FOR THE MOTION**

1. The U.S. Distributors Defendants (which also includes Netflix Australia and now also includes recently added Defendant Vertical Entertainment, LLC) filed their most recent Motion to Dismiss the First Amended Complaint on January 12, 2026. (ECF No. 49, U.S. Distributors' Motion to Dismiss)[1]  Through such, the U.S. Distributors have challenged this Court's personal jurisdiction over each of the Defendants.  They have also asserted that Plaintiff is a public figure (and in support thereof, have include exhibits which they contend support their position on that

---

[1] After obtaining additional time from the Court for recently added Defendant Vertical Entertainment, LLC, to file its response to the Complaint, on February 19, 2026, counsel for the U.S. Distributors (including Vertical Entertainment) filed its Motion to Dismiss the First Amended Complaint (*see* ECF No. 60 and 61 (Vertical's Memorandum In Support)).  Defendant Vertical Entertainment also attached a sworn Declaration from its Chief Executive Officer in support of its Motion, in relation to its own challenge to the Court's personal jurisdiction over it.

issue, which Plaintiff strongly disagrees), and they have challenged the viability as a matter of law of each of Plaintiff's claims.  In support of their Motion to Dismiss, the U.S. Distributors have attached sworn Declarations from executives with Hulu LLC, The Walt Disney Company Inc., Netflix Inc., Netflix Australia Pty. Ltd., and Apple Inc., as well as some 29 Exhibits.

2. Defendant Umbrella Entertainment Pty. Ltd filed their Motion to Dismiss the First Amended Complaint on January 12, 2026. (ECF No. 47, Umbrella's Motion to Dismiss) Through such, Umbrella has challenged this Court's personal jurisdiction over each of the Defendants and in support thereof, they have attached a sworn Declaration from its Managing Director. Umbrella has also asserted that Plaintiff is a public figure and challenged the viability as a matter of law of each of Plaintiff's claims.

3. On March 4, 2026, Plaintiff filed his Motion to Extend Deadline to File Responses to Pending Motions to Dismiss.  The Court granted Plaintiff's Motion, and as a result, the deadline for Plaintiff to file his opposition briefs presently is March 27, 2026.

4. Plaintiff's counsel is continuing to work on Plaintiff's opposition briefs to the pending Motions to Dismiss, however, due to the work required of him and two other team members who are also working with him on the briefs, on several other pending matters, counsel needs additional time in which to complete and file the opposition briefs.

6. Because of this, undersigned counsel requests to have a second extension of the deadline for filing Plaintiff's opposition briefs to the pending Motions to Dismiss, until Thursday, April 2, 2026. This additional period of time will permit counsel to complete and file the opposition briefs, and Plaintiff's counsel does not anticipate the need to seek any additional extension of this deadline.

7. Prior to filing this Motion, on March 26, 2026, undersigned counsel inquired of counsel for the U.S. Distributors and for Umbrella if their clients would consent to this Motion and the relief requested therein.  Counsel for Defendant Umbrella (Attorney Kaitlin M. Gurney) indicated that we could represent that all Defendants consented to this request, but that they would not agree to any additional extension requests on this issue. herein[2].

8. Based upon the factors explained above, Plaintiff respectfully submits that good cause exists to grant this Motion and the relief requested herein.  Plaintiff is seeking this extension of time prior to the expiration of the deadline at issue, and is doing so in good faith, and not to gain an unfair advantage in this matter.

10. Based upon the foregoing reasons, Plaintiff respectfully requests that this Motion and the relief requested herein be granted, and that the Court grant Plaintiff any other relief which it deems to be fair and just. A proposed Order is attached for the Court's consideration.

Respectfully Submitted,

/s/ *John B. Flood*

_____

John B. Flood (CPF 0506100001)
Flood Law LLC
2600 Tower Oaks Blvd, Suite 290
Rockville, MD 20852
Tel.: (240) 403-2619
john@fmlaw.org
*Counsel for Plaintiff*

---

[2] Plaintiff will also promptly file a Letter to the Court to seek leave to file a motion to seek leave to pursue certain limited discovery from the Defendants because of their challenges to this Court's personal jurisdiction over them, and the declarations and other exhibits that they have offered in support thereof. However, Plaintiff does not intend to request to delay the filing of his oppositions to the pending Motions to Dismiss on this basis.

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2026, a copy of the foregoing was sent via the Court's ECF filing system to all counsel of record.

/s/ *John B. Flood*

_____

John B. Flood (CPF 0506100001)