IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,                )
                                )
        Plaintiff,              )
                                )
    v.                          )        Civil Action No. 25-cv-02389-LKG
                                )
HULU, INC., *et al.*,           )
                                )
        Defendants.             )
_____ )

**PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF ONE DAY TO
FILE RESPONSES TO PENDING MOTIONS TO DISMISS**

COMES now the Plaintiff, Brett Kimberlin, through undersigned counsel, and respectfully requests that the deadline for Plaintiff to file his Responses to Pending Motions to Dismiss be adjusted and extended by one additional day until Friday, April 3, 2026. For the reasons explained herein, Plaintiff submits that good cause exists to grant the relief requested in this Motion.

**BACKGROUND AND BASIS FOR THE MOTION**

1. On March 31, 2026, the Court granted Plaintiff's request (filed on March 26, 2026) to have until April 2, 2026, to file his Oppositions to the pending Motions to Dismiss from Defendants U.S. Distributors, Vertical Entertainment, and Umbrella Entertainment. Counsel for the Defendants indicated that they would consent to that request, which we noted for the Court, but also that they would not consent to any further requests for an extension from Plaintiff on this issue.

2. On March 28, 2026, undersigned counsel learned that his 93-year-old Father, who lives in Fort Smith, Arkansas, had fallen at his assisted living center and had to be hospitalized. As a result thereof, undersigned counsel determined later that day that he would need to travel to

1

Arkansas to help attend to his Father's situation.

3. Undersigned counsel began driving to Arkansas from Rockville, Maryland, on March 29, 2026 (by car), and arrived in Arkansas on April 1, 2026.  Throughout this time, undersigned Counsel has continued to work to complete the three Opposition briefs at issue, with the assistance of two lawyers who are assisting him, but due to this situation and the travel required for counsel to address it while also helping to attend to the needs of his Father, we need to request one additional day from the Court in which to complete and file the Opposition briefs.

4. Counsel can report that his Father was released from the hospital and is now back at his assisted living facility, however, he is continuing to recover from his recent fall and addressing issues relating to such.

5. Due to the timing and demands of this situation, prior to filing this motion, undersigned counsel was not able to inquire of counsel for the Defendants if they would consent to this additional requested extension of one day.

6. Based upon the factors explained above, Plaintiff respectfully submits that good cause exists to grant this Motion and the relief requested herein.  Plaintiff is seeking this extension of time prior to the expiration of the deadline at issue, and is doing so in good faith, and not to gain an unfair advantage in this matter.

7. Based upon the foregoing reasons, Plaintiff respectfully requests that this Motion and the relief requested herein be granted and that Plaintiff have until Friday, April 3, 2026, to file the Opposition briefs, and that the Court grant Plaintiff any other relief which it deems to be fair and just. A proposed Order is attached for the Court's consideration.

Respectfully Submitted,

/s/ *John B. Flood*

_____
John B. Flood (CPF 0506100001)
Flood Law LLC
2600 Tower Oaks Blvd, Suite 290
Rockville, MD 20852
Tel.: (240) 403-2619
john@fmlaw.org
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2026, a copy of the foregoing was sent via the Court's ECF filing system to all counsel of record.

/s/ *John B. Flood*

_____
John B. Flood (CPF 0506100001)

3