## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,

     Plaintiff,

  v.

HULU, INC., DISNEY+ INC., NETFLIX, NETFLIX AUSTRALIA, APPLE TV+, UMBRELLA HOME ENTERTAINMENT, ANNA VINCENT, SOUTHERN LIGHT ALLIANCE FILMS PTY LTD., ADAM KAMIEN, LUKE RYNDERMAN, and VERTICAL ENTERTAINMENT, LLC,

     Defendants.

No. 8:25-cv-02389

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE
### TO FILE REPLY BRIEFS

Defendants Hulu, LLC ("Hulu"), The Walt Disney Company, Inc. ("Disney"), Netflix, Inc., Netflix Australia Pty. Ltd. (together with Netflix, Inc., "Netflix"), Apple Inc. ("Apple"), Vertical Entertainment LLC ("Vertical") (collectively, the "U.S. Distributor Defendants"), and Umbrella Entertainment Pty. Ltd. ("Umbrella") (collectively with the U.S. Distributor Defendants, "Defendants") respectfully request that their deadline to file reply briefs in further support of their motions to dismiss be extended until May 20, 2026. Defendants state as follows:

1.     On May 28, 2025, Plaintiff filed this lawsuit in the Circuit Court for Montgomery County, Maryland. *See* ECF No. 1-1. On May 30, 2025, Plaintiff filed an amended complaint in this action. *See* ECF No. 4.

2.     On July 22, 2025, Hulu, Disney, Netflix, and Apple removed the case to this Court under 28 U.S.C. § 1332.

3.      On October 21, 2025, Hulu, Disney, Netflix, Apple, and Umbrella filed motions to dismiss the complaint.  *See* EFC Nos. 31, 32.

4.      On November 17, 2025, Plaintiff filed the Second Amended Complaint (the "SAC") in this action.  *See* ECF No. 37.  Hulu, Disney, Netflix, Apple, and Umbrella filed motions to dismiss the SAC on January 12, 2026.  *See* ECF Nos. 47, 49.

5.      The SAC also added Vertical as a party to this lawsuit. After Vertical was served, the parties agreed to an amended briefing schedule, under which Vertical would submit a motion to dismiss on February 18, 2026, Plaintiff would then serve one combined opposition to the U.S. Distributor Defendants (including Vertical) and another opposition to Umbrella on March 4, 2026. The U.S. Distributor Defendants (including Vertical) and Umbrella would then submit their replies on March 25, 2026.  *See* ECF No. 57.

6.      Vertical filed its motion to dismiss on February 19, 2026 (after requesting a one-day extension of the deadline due to a technical issue).  *See* ECF No. 60.

7.      After this time, Plaintiff filed several requests to extend his time to respond to the motions, *see* ECF Nos. 75, 79, 81, 82, and ultimately filed three oppositions to the motions to dismiss:  He filed an opposition against Hulu, Apple, and Netflix on April 3, 2026, *see* ECF No. 83, an opposition against Umbrella on April 3, 2026, *see* ECF No. 84, and an opposition against Vertical on April 4, 2026, *see* ECF No. 85.

8.      Pursuant to Local Rule 105(2)(a), Defendants' reply briefs are due on April 17 (Hulu, Apple, Netflix, and Umbrella) and April 20, 2026 (Vertical).

9.      Because this schedule is different than that anticipated by Defendants when they initially filed their motions to dismiss the SAC, and due to professional and personal

2

responsibilities, Defendants request an extension of time to file their reply briefs until May 20, 2026.

10.     The undersigned counsel emailed Plaintiff's counsel regarding this request, and Plaintiff's counsel consented to the requested extension.

11.     The relief requested herein is for good cause and is necessary and proper.

12.     The instant motion is not brought for the purposes of delay, no party will be prejudiced, and the business of the Court will not be substantially delayed.

WHEREFORE, Defendants request that the Court extend the deadline for their reply briefs until May 20, 2026.

Dated: April 13, 2026

Respectfully submitted,

| DAVIS WRIGHT TREMAINE LLP | BALLARD SPAHR LLP |
|---|---|
| */s/ Nathan Siegel* | */s/ Chad R. Bowman* |
| Nathan Siegel (#11169) | Chad R. Bowman (#18305) |
| 1301 K Street NW, Suite 500 East | 1909 K Street NW, 12th Floor |
| Washington, D.C. 20005 | Washington, D.C. 20006 |
| (202) 973-4200 | (202) 661-2200 |
| nathansiegel@dwt.com | bowmanchad@ballardspahr.com |
| | |
| Amanda B. Levine (*pro hac vice*) | Jacquelyn A. Kapinos (#30474) |
| Ryan Hicks (*pro hac vice*) | 111 S. Calvert Street, Suite 2700 |
| 1251 Avenue of the Americas, 42nd Floor | Baltimore, MD 21202 |
| New York, NY 10020 | (410) 528-5642 |
| (212) 489-8230 | kapinosj@ballardspahr.com |
| amandalevine@dwt.com | |
| ryanhicks@dwt.com | Kaitlin M. Gurney (*pro hac vice*) |
| | 1735 Market Street, 51st Floor |
| *Attorneys for the U.S. Distributor Defendants* | Philadelphia, PA 19103 |
| | (215) 864-8585 |
| | gurneyk@ballardspahr.com |
| | |
| | *Attorneys for Umbrella Entertainment Pty. Ltd.* |